# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                              Case Number: 6:04-CR-25-ORL-22DAB

**ROY COLLINS**
                                                  USM Number: 25687-018

                                                  Clarence W. Counts, Jr., AFPD
                                                  201 S. Orange Ave., Suite 300
                                                  Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two and Three of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | New Conviction for Conduct, DUI Property Damage Personal Injury | October 6, 2008 |
| Two | New Conviction for Conduct, No Motorcycle Endorsement on Drivers License | October 6, 2008 |
| Three | New Conviction for Conduct, Driving While License Suspended Revoked Cancelled With Knowledge | May 28, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

1/20/2010

_____
ANNE C. CONWAY
CHIEF UNITED STATES DISTRICT JUDGE

January 27, 2010

ROY COLLINS
6:04-CR-43-ORL-22DAB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **5 Months**. This term shall be served consecutive with the terms in Case Nos. 05-2009-CT-06273 and 05--2009-CT-035800, Brevard County Circuit Court, Florida. It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal